667 A.2d 214

**Shakeema FELTON, a minor, by her parent and natural guardian, Lucretia FELTON and Lucretia Felton, in her own right, Appellants,**

**v.**

**Jessie SPRATLEY, Executor of the Estate of Maria Spratley, a/k/a Marie Beatrice Taylor Spratley, a/k/a Marie Taylor Spratley and Mollucye Spratley Pearson, Executrix of the Estate of Marie Spratley, a/k/a Marie Beatrice Taylor Spratley, a/k/a Marie Taylor Spratley.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1995.

Decided Nov. 22, 1995.

Reargument Denied Feb. 1, 1996.

Edwin London, Meryl Matkoff Cohen, Philadelphia, for Shakeema Felton, et al.

Lawrence R. Cohen, Michael H. Monheit, Philadelphia, for amici curiae Tenant's Action Group.

John A. Bednarz, Jr., Wilkes Barre, for Pa. Trial Lawyers Assn.

Josh Greenbaum, Philadelphia, for Jessie Sprately, et al.

Loudon L. Campbell, Harrisburg, for amicus curiae American Insurance Assn.

David A. Carter, John S. Bainbridge, Towson, MD, Pro Hac Vice for amici curiae American Ins. Assn.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER·CURIAM:

Appeal dismissed as having been improvidently granted.

FLAHERTY, J., dissents.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).